1024

No. 93–8018. CALDWELL *v.* KRONER ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–8020. CONTRERAS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–8022. TRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8043. CAUSEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–8071. CASTRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8073. WALL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8077. HOLTHAUS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8078. HAYS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8080. JIMENEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8084. RUBINSTEIN *v.* DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 93–8086. ANDRUS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8087. CABRERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8088. SLADE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8090. WALDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8093. BARNES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8094. HONEYCUTT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.